IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WOJCIECH RUTKOWSKI GRABOWSKI
AND ALINA GRABOWSKI,

     Appellants,

          Case No.  5D21-2158
 v.           LT Case No. 2018-CP-001493


JAROSLAW RUTKOWSKI, INDIVIDUALLY
AND AS TRUSTEE OF THE JANINA RUTKOWSKI
FAMILY TRUST  DATED SEPTEMBER 21, 2017,

     Appellee.

_____/

Decision filed February 14, 2023

Appeal from the Circuit Court
for Hernando County,
Don Barbee, Jr., Judge.

Janelle A. Weber, of Manta Law,
Tampa, for Appellants.

Jeffrey A. Eisel, of Baskin Eisel
Rightmyer, Clearwater, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.